1 **JEAN F. MATULIS**
State Bar Number: 139615
2 Attorney at Law
P.O. Box 1237
3 Cambria, CA 93428
Telephone No. (805) 927-1990
4 Facsimile: (805) 927-3461

5 Attorney for Petitioner
JOSEPH JOHNSON, JR.

6

7 UNITED STATES DISTRICT COURT

8 NORTHERN DISTRICT OF CALIFORNIA

9

| | |
|---|---|
| 10 JOSEPH JOHNSON, JR., | No. C 05-2064-SI |
| 11     Petitioner, | **STIPULATION TO ENLARGE TIME TO FILE TRAVERSE** |
| 12     v. | Local Civil Rule 6-1 (a) |
| 13 MELVIN HUNTER, WARDEN, ET AL, | |
| 14     Respondent. | |

16 TO THE HONORABLE SUSAN ILLSTON, JUDGE OF THE DISTRICT COURT:

17 The Answer to Petitioner's Habeas Corpus Petition was filed on March 24, 2006.
18 Petitioner's Traverse is currently due on or before April 23, 2006. Habeas Corpus Local
19 Rules, Rule 2254-6 (c). The parties hereby stipulate to enlarge the time for the filing of the
20 Traverse on or before May 23, 2006:

21 I, Bridget Billeter, Deputy Attorney General, stipulate to the above enlargement of
22 time, on behalf of Respondent.

23 Dated: 4/5/06

                                                                               Bridget Billeter, D.A.G., for Respondent

25 I, Jean Matulis, Attorney at Law, stipulate to the above enlargement of time, on behalf
of Petitioner.

26 Dated: 4/5/06

                                                                               Jean Matulis, Attorney for Petitioner

28 Stipulation to Enlarge Time to File Traverse: C 05-2064 SI (pr)

**IT IS SO ORDERED**
*Susan Illston*
Judge Susan Illston